**BOUTIN JONES INC.**
Michael E. Chase (SBN 214506)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel: (916) 321-4444
Fax: (916) 441-7597

**CARSTENS & CAHOON, LLP**
Vincent J. Allen (Admitted *Pro Hac Vice*)
13760 Noel Road, Suite 900
Dallas, TX  75240
Tel:  (972) 367-2001
Fax: (972) 367-2002

ATTORNEYS FOR PLAINTIFF
CONNECTICUT ELECTRIC, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONNECTICUT ELECTRIC, INC.<br><br>     Plaintiff,<br><br>     vs.<br><br>PACIFIC COAST BREAKER, INC. and PC SYSTEMS, INC.<br><br>     Defendants. | Case No.  2:12-CV-01533-KJM-EFB<br><br>ORDER CONTINUING HEARING ON CONNECTICUT ELECTRIC'S MOTION TO COMPEL<br><br>DATE:  **December 12, 2012**<br>TIME:   10:00 a.m.<br>COURTROOM: 24 |

- 1-

ORDER ON STIPULATION ON CONNECTICUT ELECTRIC'S MOTION TO COMPEL

1    Pursuant to the Stipulation of the parties filed on November 7, 2012, the hearing on

2  Connecticut Electric's Motion to Compel Discovery is hereby re-set to December 12, 2012 at

3  10:00 a.m. in Courtroom No. 24.

4  IT IS SO ORDERED.

5  Dated:  November 8, 2012

6                                                                EDMUND F. BRENNAN

7                                                         UNITED STATES MAGISTRATE JUDGE

ORDER ON STIPULATION ON CONNECTICUT ELECTRIC'S MOTION TO COMPEL