# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CONNECTICUT ELECTRIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC COAST BREAKER, INC. and PC SYSTEMS, INC., <br><br> Defendants. | CASE NO. 12-cv-01533-KJM-EFB <br><br> **ORDER RE CONNECTICUT ELECTRIC, INC.. PACIFIC COAST BREAKER, INC. AND PC SYSTEMS, INC.'S STIPULATED PROTECTIVE ORDER** <br><br> Trial Date:   None Set |

The parties, by their respective representatives, hereby agree and stipulate to each of the terms and conditions as set forth in the Stipulated Protective Order.

## COURT APPROVAL

SO ORDERED.

Dated: November 19, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

4823-0117-7617.1

ORDER RE STIPULATED PROTECTIVE ORDER

LEWIS BRISBOIS