IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNECTICUT ELECTRIC, INC.,

      Plaintiff,                          No. 2:12-cv-1533-KJM-EFB

      vs.

PACIFIC COAST BREAKER, INC.;
PC SYSTEMS, INC.,

      Defendants.                <u>ORDER</u>

                                         /

On October 19, 2012, plaintiff filed a motion to compel defendants to respond to plaintiff's discovery requests. Dckt. No. 15. The motion was originally noticed for hearing on November 14, 2012; however, on November 8, 2012, pursuant to the parties' request, the hearing was continued to December 12, 2012. Dckt. No. 17.

Local Rule 251(a) provides that the Joint Statement Re Discovery Disagreement must be filed at least seven days before the scheduled hearing date. E.D. Cal. L.R. 251(a). Local Rule 251(a) also provides that the hearing on a discovery motion may be dropped from calendar without prejudice if the Joint Statement re Discovery Disagreement is not timely filed. *Id.*

Although the deadline has passed, the docket reveals that no Joint Statement re Discovery Disagreement has been filed in connection with plaintiff's motion to compel. Therefore, that

////

motion, Dckt. No. 15, is denied without prejudice and the December 12, 2012 hearing thereon is vacated.

SO ORDERED.

DATED: December 6, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2