**BOUTIN JONES INC.**
Michael E. Chase (SBN 214506)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel: (916) 321-4444
Fax: (916) 441-7597

**CARSTENS & CAHOON, LLP**
Vincent J. Allen (Admitted *Pro Hac Vice*)
13760 Noel Road, Suite 900
Dallas, TX  75240
Tel:  (972) 367-2001
Fax: (972) 367-2002

ATTORNEYS FOR PLAINTIFF
CONNECTICUT ELECTRIC, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CONNECTICUT ELECTRIC, INC. <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC COAST BREAKER, INC. and PC SYSTEMS, INC. <br><br> Defendants. | Case No.  2:12-CV-01533-KJM-EFB <br><br> ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE AND FOR LIMITED RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT TERMS |

- 1 -

ORDER RE STIPULATION TO DISMISS WITH PREJUDICE AND FOR LIMITED RETENTION OF
JURISDICTION TO ENFORCE SETTLEMENT TERMS

1  This Civil Action has come before the Court, upon the pleadings and proceedings of
2  record, and it has been represented to the Court that Plaintiff, Connecticut Electric, Inc. and
3  Defendants Pacific Coast Breaker, Inc. and PC Systems, Inc. have entered into a Settlement
4
5  Agreement and have agreed to a compromise and settlement of this Civil Action.
6  WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:
7  1. This action is hereby dismissed with prejudice, with each party to bear its
8  own costs and attorney's fees.
9
10 2. The Court hereby retains jurisdiction for a period of three years from the
11 date the dismissal order is entered by this Court over the parties and this
12 matter for the limited purpose of enforcement of and/or resolution of any
13 dispute or controversy (including all associated relief, remedies and/or
14 damages, if any) involving the "Terms Regarding Future Conduct," which
15 are a part of the parties' settlement agreement.
16
17
18 Dated: April 10, 2013.
19 UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION TO DISMISS WITH PREJUDICE AND FOR LIMITED RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT TERMS