1 **BOUTIN JONES INC.**
Michael E. Chase (SBN 214506)
2 555 Capitol Mall, Suite 1500
3 Sacramento, CA 95814
Tel: (916) 321-4444
4 Fax: (916) 441-7597

5 **CARSTENS & CAHOON, LLP**
6 Vincent J. Allen (Admitted *Pro Hac Vice*)
13760 Noel Road, Suite 900
7 Dallas, TX  75240
Tel:  (972) 367-2001
8 Fax: (972) 367-2002

9
ATTORNEYS FOR PLAINTIFF
10 CONNECTICUT ELECTRIC, INC.

11

12

13

14
UNITED STATES DISTRICT COURT
15
EASTERN DISTRICT OF CALIFORNIA
16
SACRAMENTO DIVISION
17

| | |
|---|---|
| CONNECTICUT ELECTRIC, INC. | Case No.  2:12-CV-01533-KJM-EFB |
| Plaintiff, | |
| vs. | ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE AND FOR LIMITED RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT TERMS |
| PACIFIC COAST BREAKER, INC. and PC SYSTEMS, INC. | |
| Defendants. | |

-1-

ORDER RE STIPULATION TO DISMISS WITH PREJUDICE AND FOR LIMITED RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT TERMS

This Civil Action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, Connecticut Electric, Inc. and Defendants Pacific Coast Breaker, Inc. and PC Systems, Inc. have entered into a Settlement Agreement and have agreed to a compromise and settlement of this Civil Action.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

2. The Court hereby retains jurisdiction for a period of three years from the date the dismissal order is entered by this Court over the parties and this matter for the limited purpose of enforcement of and/or resolution of any dispute or controversy (including all associated relief, remedies and/or damages, if any) involving the "Terms Regarding Future Conduct," which are a part of the parties' settlement agreement.

Dated: April 10, 2013.

_____
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION TO DISMISS WITH PREJUDICE AND FOR LIMITED RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT TERMS